THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David R.
 Pritchard, Appellant.
 
 
 

Appeal From Charleston County
  R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-414
 Submitted July 1, 2008  Filed July 21,
2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM: Pritchard
 appeals his guilty plea to two counts of first degree burglary, two counts of
 grand larceny (greater than $5000), one count of grand larceny, enhanced
 pursuant to S.C. Code Ann. §16-1-57 (1987), and one count of possession of a
 stolen vehicle.  On appeal, Pritchard alleges the plea did not meet the mandates of Boykin v. Alabama, 395
 U.S. 238 (1969).  After a thorough review
 of the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Pritchards appeal and grant counsels motion to be
 relieved.[1] 
APPEAL
 DISMISSED.
HEARN,
C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.